IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DOYLE HOLT, SR.,                                                                                          PLAINTIFF
ADC #73989

VS.                                              5:08CV00103-WRW

BEVERLY HILL, et al.                                                                                     DEFENDANTS

### **ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. After careful review of the findings and recommendations and the timely objections thereto, as well as a <u>de novo</u> review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.

IT IS, THEREFORE, ORDERED that the motion to dismiss filed by separate defendant Beverly Hill (DE #16) is hereby GRANTED and defendant Hill is dismissed from plaintiff's complaint.

SO ORDERED this 26th day of September, 2008.


/s/Wm. R. Wilson, Jr.
UNITE  STATES DISTRICT JUDGE