IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DOYLE HOLT, SR.,
ADC #73989                                                                                                PLAINTIFF

v.                                      5:08CV00103WRW/HLJ

RALPH GAGLIARDI                                                                                  DEFENDANT

ORDER

Plaintiff's motion for change of venue (DE #62) is hereby GRANTED.

The Court finds that the interests of justice would be best served by transferring this case to the United States District Court, Colorado. Venue would be proper there, as defendant is located there and the events complained of allegedly occurred there. See 28 U.S.C. § 1406(a).[1]

The Clerk of the Court is directed to immediately TRANSFER PLAINTIFF'S ENTIRE CASE FILE to the Alfred A. Arraj United States Courthouse, 901 19th Street, Second Floor, Denver, CO 80294.

IT IS SO ORDERED this 26th day of August, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." Id.